**MORGAN, LEWIS & BOCKIUS LLP**
Jeremy P. Blumenfeld (No. 015882000)
Thomas A. Linthorst (No. 040842000)
Gina McGuire (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
Tel:  212.309.6000
jeremy.blumenfeld@morganlewis.com
thomas.linthorst@morganlewis.com
gina.mcguire@morganlewis.com

*Attorneys for Defendant Hackensack Meridian
Health, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH SNYDER, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>HACKENSACK MERIDIAN HEALTH, INC.<br><br>     Defendant. | Case No:  2:26-CV-00557-JKS-JSA<br><br>HON. JAMEL K. SEMPER<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT'S NOTICE OF MOTION TO
## DISMISS PLAINTIFF'S AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 20, 2026, or as soon thereafter as counsel may be heard, the undersigned Defendant Hackensack Meridian Health, Inc. ("Defendant"), shall move before the United States District Court for the District of New Jersey, the Honorable Jamel K. Semper presiding, at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an order dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendant will rely on the accompanying Memorandum of Law and Declaration of Jeremy Blumenfeld and any subsequent Reply Brief and supporting documents thereto.

Dated: June 26, 2026                    Respectfully submitted,

                                        **MORGAN, LEWIS & BOCKIUS LLP**

                                        */s/ Jeremy P. Blumenfeld*
                                        Jeremy P. Blumenfeld (No. 015882000)
                                        2222 Market Street
                                        Philadelphia, PA 19103-0037
                                        Telephone: (215) 963-5000
                                        jeremy.blumenfeld@morganlewis.com

                                        Thomas A. Linthorst (No. 040842000)
                                        502 Carnegie Center
                                        Princeton, NJ 08540-6241
                                        Telephone: (609) 919-6600
                                        thomas.linthorst@morganlewis.com

                                        Gina McGuire (*pro hac vice*)

2

101 Park Avenue
New York, NY 10178-0060
Telephone:  (212) 309.6000
gina.mcguire@morganlewis.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Jeremy P. Blumenfeld, hereby certify that on June 26, 2026, a true and correct copy of the foregoing was filed electronically and served upon all counsel of record via operation of the Court's CM/ECF System or by mail upon anyone unable to accept electronic filing.   Parties may access this filing through the Court's CM/ECF System.

/s/ Jeremy P. Blumenfeld
Jeremy P. Blumenfeld